UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROGER PACE,**

      **Plaintiff,**

v.                                          Civil Action No.  3:11cv554

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.,*

      **Defendant.**

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR AN EXTENSION OF TIME

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, pursuant to Fed.R.Civ.P. 6(b)(1) and Local Rule 7(F)(2)(b), files this motion for an extension of time to and including October 21, 2011, within which to file its responsive pleadings to the Complaint filed by Plaintiff, Roger Pace, and states as follows:

Experian's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same.  Experian's counsel has communicated with counsel for Plaintiff, Roger Pace, who is agreeable to the requested extension.  A proposed Agreed Order is being circulated for endorsement by counsel for Plaintiff, Roger Pace, and Experian, a copy of which is attached hereto as Exhibit 1.

WHEREFORE, Defendant, Experian Information Solutions, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting Experian's Motion for an Extension of Time; (2) providing Experian with an extension of time to file its responsive pleadings, including its Answer, to the Complaint until on or before October 21, 2011; and (3) awarding Experian such further relief as the Court deems appropriate.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By:/s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Attorney for Experian Information Solutions, Inc*.
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2011, I electronically filed the foregoing Motion for an Extension of Time with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA  22314
>Telephone: (703) 273-7770
>Facsimile:  (888) 892-3512
>Email:  matt@clalegal.com
>*Counsel for Plaintiff*

>/s/ David N. Anthony
>David N. Anthony
>Virginia State Bar No. 31696
>*Attorney for Experian Information Solutions, Inc*.
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-5410
>Facsimile: (804) 698-5118
>Email: david.anthony@troutmansanders.com

2092007v1