# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**ROGER PACE,**

    **Plaintiff,**

v.                                Civil Action No. 3:11cv554

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.,*

    **Defendant.**

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Roger Pace.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Roger Pace and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before October 21, 2011, to file its responsive pleadings, including its Answer, to the Complaint filed by Roger Pace.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this _____ day of September, 2011.

_____
United States District Court Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| _____ | _____ |
| David N. Anthony | Matthew J. Erausquin |
| Virginia State Bar No. 31696 | Virginia State Bar No. 65434 |
| *Attorney for Experian Information Solutions, Inc.* | *Counsel for Plaintiff* |
| TROUTMAN SANDERS LLP | Consumer Litigation Associates, P.C. |
| 1001 Haxall Point | 1800 Diagonal Road, Suite 600 |
| Richmond, Virginia 23219 | Alexandria, VA  22314 |
| Telephone: (804) 697-5410 | Telephone: (703) 273-7770 |
| Facsimile: (804) 698-5118 | Facsimile:  (888) 892-3512 |
| Email: david.anthony@troutmansanders.com | Email:  matt@clalegal.com |

2092018v1