AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| | | |
|---|---|---|
| Roger Pace | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. **3:11CV554** |
| Equifax Information Services, LLC, et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Equifax Information Services, LLC

    Serve: Corporation Service Company
    11 South 12th Street
    Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew J. Erausquin
    CONSUMER LITIGATION ASSOCIATES, P.C.
    1800 Diagonal Road, Suite 600
    Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                               CLERK OF COURT

Date: **August 23, 2011**
                                                                          _Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
on *(date)*                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                              ; or

☐ I returned the summons unexecuted because                                          ; or

☐ Other *(specify):*


My fees are $          for travel and $          for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:
                                                        *Server's signature*

                                                        *Printed name and title*


                                                        *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

    (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:
    Beverley L. Crump    Rene Nordquist    Meda Sterrett
    Nicole T. McCallum   Pamela Frazier    Linda B. Liles
    Amy Tarker           Kari Childress    John Isom
    Dustin Kline

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY
BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13

## The Marston Agency, Inc.  09/07/11
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Roger Pace | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al | **Case:** | 3:11CV554 |
| **Serve:** | Equifax Information Services, LLC<br>Corporation Service Co, R/A<br>11 S 12th St<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Matthew J. Erausquin - RTC<br>1800 Diagonal Road, Suite 600<br><br>Alexandria, VA 22314 | **Phone:** | 7032737770 |

**Type(s) of Writ(s)**                                                                 paper:1347601

Summons in a Civil Action          Complaint

Witness/Defendant Equifax Information Services, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, __W. Marston__ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
Served Date: __9-9-11__                    Served Time: __1300__
_____
Signature of Process Server

**Notary**
State of:   Virginia                    County/City of:   Henrico, Norfolk, Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this __12__ day of Sep/Oct 20__11__
                                        Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 246131 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Rene Nordquist, per affidavit



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Roger Pace )
_Plaintiff_ )
  v. ) Civil Action No. 3:11CV554
Equifax Information Services, LLC, et al. )
_Defendant_ )

FILED SEP 29 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Experian Information Solutions, Inc.

      Serve: David V. Anthony
      1001 Haxall Point
      Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                      CLERK OF COURT

Date: August 23, 2011                                               _/s/_
                                                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David V. Anthony
was received by me on *(date)* 9-8-11

☒ I personally served the summons on the individual at *(place)* 1001 Haxall Point
Richmond, VA 23219 on *(date)* 9-9-11 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9-9-11

_____
Server's signature

E C Tutwiler
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**The Marston Agency, Inc.**     09/07/11
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Roger Pace | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al | **Case:** | 3:11CV554 |
| **Serve:** | Experian Information Solutions, Inc.<br>David V. Anthony<br>1001 Haxall Point<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Matthew J. Erausquin - RTC<br>1800 Diagonal Road, Suite 600<br><br>Alexandria, VA 22314 | **Phone:** | 7032737770 |

**Type(s) of Writ(s)**     paper:1347604

Summons in a Civil Action     Complaint

Witness/Defendant Experian Information Solutions, Inc. was served according to law, as indicated below:
(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _E L Tutwiler_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
Served Date: _9-9-11_     Served Time: _11:22_

_____
Signature of Process Server

                          **Notary**
State of:    Virginia                  County/City of:    Henrico, Norfolk, Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this _12_ day of Sep/Oct 20 _11_
                                     Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 246131 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

