# CONSUMER LITIGATION ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
12515 Warwick Blvd. • Suite 100
Newport News, Virginia 23606

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road. • Suite 600
Alexandria, Virginia 22314

Matthew J. Erausquin, Esq.
matt@clalegal.com
(703) 273-7770 Phone
(888) 892-3512 Facsimile

REPLY TO: NORTHERN VIRGINIA OFFICE

September 27, 2011

**Via Federal Express**
Fernando Galindo, Clerk
U.S. District Court, Eastern District of Virginia
Richmond Division
701 E. Broad Street
Richmond, Virginia 23219

RECEIVED
SEP 29 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re:   *Roger Pace v. Equifax Information Services, LLC, et al.*
      Civil No.: 3:11cv554

Dear Mr. Galindo:

Please find the return of service as to Experian Information Solutions, Inc. and Equifax Information Services, LLC enclosed for filing with regard to the above referenced matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

Casey Nash,
Assistant to Matthew J. Erausquin

Enclosures: a/s