UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROGER PACE,

    Plaintiff,

v.                                                                                       Civil Action No. 3:11-cv-554

EQUIFAX INFORMATION SERVICES
LLC and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**CORPORATE DISCLOSURE STATEMENT**

    Defendant, Equifax Information Services LLC, through undersigned counsel, submits the following corporate disclosure statement:

    Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc. is publicly traded on the New York Stock Exchange.

    Respectfully submitted this 30th day of September, 2011.

                                                /s/
                                                John W. Montgomery, Jr.
                                                Virginia State Bar No. 37149
                                                Counsel for Equifax Information Services, LLC
                                                Montgomery & Simpson, LLLP
                                                2116 Dabney Road, Suite A-1
                                                Richmond, VA 23230
                                                Telephone (804) 355-8744
                                                Facsimile (804) 355-8748
                                                Email: jmontgomery@jwm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com
*Attorney for Plaintiff*

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com