UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROGER PACE,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:11-cv-554

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.,*

    **Defendants.**

## EXPERIAN INFORMATION SOLUTIONS INC'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

    Experian plc is the parent company of Experian; (2) Experian plc owns 100 percent of Experian; (3) Experian plc is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian plc is publicly traded on the London Stock Exchange.

**EXPERIAN INFORMATION SOLUTIONS, INC.**


By: /s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Attorney for Experian Information Solutions, Inc*.
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2011, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett
>Consumer Litigation Assoc PC
>12515 Warwick Blvd., Suite 100
>Newport News, VA 23606
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>Email: lenbennett@cox.net
>*Counsel for Plaintiff*
>
>Matthew James Erausquin
>Consumer Litgation Associates PC (Alex)
>1800 Diagonal Rd., Suite 600
>Alexandria, VA 22314
>Telephone: 703-273-6080
>Facsimile: 888-892-3512
>Email: matt@clalegal.com
>*Counsel for Plaintiff*
>
>John Willard Montgomery , Jr.
>Montgomery & Simpson, LLLP
>2116 Dabney Rd., Suite A-1
>Richmond, VA 23230
>Telephone:  (804) 355-8744
>Email: jmontgomery@jwm-law.com
>*Counsel for Equifax Information Services, LLC*

>/s/ David N. Anthony
>David N. Anthony
>Virginia State Bar No. 31696
>*Attorney for Experian Information Solutions, Inc.*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-5410
>Facsimile: (804) 698-5118
>Email: david.anthony@troutmansanders.com

2099243v1

3