UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ROGER PACE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:11-cv-554 |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S REPORT RESPECTING THE STATUS OF CONSENT TO MAGISTRATE JURISDICTION**

As per this Court's order of November 9, 2011 (Docket No. 9), Plaintiff Roger Pace, by counsel, having conferred with counsel for Defendants Equifax Information Services, LLC, and Experian Information Solutions, Inc., reports as follows:

Plaintiff consents to the jurisdiction of a Magistrate Judge;

Defendant Equifax Information Services, LLC does not consent to the jurisdiction of a Magistrate Judge; and

Defendant Experian Information Solutions, Inc. does not consent to the jurisdiction of a Magistrate Judge.

Respectfully submitted,
**ROGER PACE**


By:_____/s/_____
    Of Counsel


Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600

Alexandria, VA 22314
Tel:  (703) 273-7770
Fax:  (888) 892-3512
matt@clalegal.com

Leonard A. Bennett, VSB # 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 14th day of November, 2011, I haved electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John Willard Montgomery , Jr.
MONTGOMERY & SIMPSON, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

                                                By:_____/s/_____
                                                Matthew J. Erausquin, VSB #65434
                                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                                1800 Diagonal Road, Suite 600
                                                Alexandria, VA 22314
                                                Tel:   (703) 273-7770
                                                Fax:   (888) 892-3512
                                                matt@clalegal.com