IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROGER PACE,

    Plaintiff,

v.                                 Civil Action No. 3:11cv554

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

    Defendants.

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division to dismiss the above-styled civil action with prejudice, as the Plaintiff has resolved his claims against all parties hereto. It is hereby ORDERED that civil action 3:11cv554 is DISMISSED with prejudice, and this matter is ENDED.

    It is so ORDERED.

                                  /s/
                            Henry E. Hudson
                            United States District Judge

Richmond, Virginia
Date: March 5, 2012

SEEN AND AGREED:

_/s/ Matthew J. Erausquin_
Matthew J. Erausquin, VSB# 65434
*Counsel for the Plaintiff*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
matt@clalegal.com


SEEN AND AGREED:

_/s/ David N. Anthony_
David N. Anthony, VSB# 31696
*Counsel for Defendant Experian Information Solutions, Inc.*
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Tel: 804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com


SEEN AND AGREED:


_____
John W. Montgomery, Jr., VSB# 37149
*Counsel for Defendant Equifax Information Services, LLC*
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Tel: (804) 355-8744
Fax: (804) 355-8748
jmontgomery@jwm-law.com

SEEN AND AGREED:

_____
Matthew J. Erausquin, VSB# 65434
*Counsel for the Plaintiff*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
matt@clalegal.com

SEEN AND AGREED:

_____
David N. Anthony, VSB# 31696
*Counsel for Defendant Experian Information Solutions, Inc.*
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Tel: 804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com

SEEN AND AGREED:

_____
John W. Montgomery, Jr., VSB# 37149
*Counsel for Defendant Equifax Information Services, LLC*
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Tel: (804) 355-8744
Fax: (804) 355-8748
jmontgomery@jwm-law.com

2